IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW BOWMAN, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> RENEE UNTERMAN, individually, <br><br> *Defendant*. | CIVIL ACTION FILE <br> NO. 1:20-cv-02612-JPB |

## DEFENDANT'S MOTION TO DISMISS

Defendant Renee Unterman ("Sen. Unterman") moves to dismiss Plaintiff Matthew Bowman's Complaint [Doc. 1] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1), (6), and (7). In support of this motion, Sen. Unterman relies on her Brief in Support of Defendant's Motion to Dismiss and the attached exhibits, which are filed with this motion.

Respectfully submitted this 15th day of July, 2020.

                                  **TAYLOR ENGLISH DUMA LLP**

                                  */s/ Bryan P. Tyson*
                                  Bryan P. Tyson
                                  Georgia Bar No. 515411
                                  btyson@taylorenglish.com
                                  Loree Anne Paradise

Georgia Bar No. 382202
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678.336.7249

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANT'S MOTION TO DISMISS has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson